Commonwealth *v.* Cumming, Appellant.

712

■■■■■■■■ Argued April 13, 1964. *Martin E. Geary,* for appellant; *William Claney Smith,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM:

Appeals are abated because of appellant's death. See *Commonwealth v. Embody,* 143 Pa. Superior Ct. 354.